# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GREGORY DEAN WILLIAMS,

    Plaintiff,

v.                                              CASE NO. 3:19cv1/MCR/EMT

JOHN T. BROWN, et al.,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the Chief Magistrate judge's Report and Recommendation dated January 17, 2019. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections. ECF No. 7.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 12th day of April 2019.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**